transDC (05/06)

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEBRASKA

In Re:
Debtor(s)

                Bankruptcy Proceedings No.
                Adversary Proceedings No.   12−08042−TJM

                Chapter

Ronald D. Braddock et al.
Plaintiff(s)

v.

Frontera Produce, Ltd. et al.
Defendant(s)

                Judge: Timothy J. Mahoney

## TRANSMITTAL TO U.S. DISTRICT COURT

Date:              August 14, 2013
To:                United States District Court
Contact Person:    , Deputy Clerk
Civil No.           8:11CV402
DC Judge:         Chief Judge Laurie Smith Camp

Pursuant to the Order entered on August 13, 2013, the above−named matter is referred to the United States District Court.

- ☐ APPEAL in the above−captioned case.
  - ☐ Record on Appeal
  - ☐ Supplemental Record on Appeal
  - ☐ Certification
  - ☐ Exhibits
  - ☐ Transcripts
  - ☐ Other
  - ☐ Previous Appeal / Previous DC Judge:
- ☒ WITHDRAWAL OF REFERENCE in the above−captioned case.
  - ☐ Original Motion and any attachments, objections, recommendation and any pleadings relating to this withdrawal.
  - ☒ Report and Recommendation
- ☐ JUDGMENT (money). District Court copy for the purpose of registering.
  I, the above−named Deputy Clerk of the U.S. Bankruptcy Court, certify that the judgment is a true and correct copy of the original judgment as it appears in the records of this court.
  - ☐ Other

## LIST OF DOCUMENTS

Adv. Case No. 12−08042, Doc. [17] Report and Recommendation dated 08/13/2013.